**DISMISS; and Opinion Filed September 25, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01293-CV

### IN RE LESTER JON RUSTON, Relator

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 4-81264-99**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

The Court has before it relator's "petition for writ of error," in which he argues that his conviction should be overturned. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction over relator's complaints. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding). Accordingly, we **DISMISS** relator's petition for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131293F.P05